

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2021

No. 04-21-00349-CV

**IN RE** Greg **ABBOTT**, in his Official Capacity as Governor of the State of Texas,
Relator

Original Proceeding[1]

### ORDER

On August 20, 2021, Relator filed a petition for writ of mandamus in which the only relief requested was to stay the trial court's August 12, 2021 temporary restraining order (TRO). Relator separately sought emergency relief to stay the TRO pending resolution of the petition. On September 2, 2021, the TRO expired, and the trial court granted the real party in interest's temporary injunction.

Because the only relief the petition sought was to stay the trial court's TRO, which has expired, Relator's petition for writ of mandamus is dismissed as moot. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 15, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2021-CVK-001517-D1, styled *City of Laredo v. Greg Abbott, in his official capacity as Governor of Texas*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Honorable José A. López presiding.